Mary McNamara, SBN 147131
mmcnamara@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JACOB MOYNIHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB MOYNIHAN<br><br>Defendant. | Case No. CR. 3:11-00624 WHA<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM MAY 29, 2012 TO JUNE 7, 2012** |

For the reasons set forth below, the parties and the Probation Officer respectfully request that sentencing in this matter be continued from May 29, 2012, to June 7, 2012 at 1:30 p.m. Defendant Jacob Moynihan., by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Kathryn Haun, hereby stipulate and agree as follows:

1. Sentencing in this matter is currently set to occur on May 29, 2012.

2. Due to the need to attend to a personal matter defense counsel is unavailable to proceed with sentencing on May 29, 2012.

3. Defense counsel has requested that sentencing in this case be specially set to occur before the Court on June 7, 2012 at 1:30 p.m., and counsel has determined that the Court is free to hear this matter at that time.

4. Both Assistant United States Attorney Kathryn Haun and United States Probation Officer Sara Rizor Black are available at 1:30 p.m. on June 7, 2012.

IT IS SO STIPULATED.

Dated: May 22, 2012  /s /
Mary McNamara
SWANSON & McNAMARA LLP
Attorneys for defendant JACOB MOYNIHAN

Dated: May 22, 2012  /s /
Kathryn Haun
Assistant United States Attorney

2

**Stipulation and [Proposed] Order to Continue Sentencing Hearing to June 7, 2012**
*United States v. Jacob Moynihan*, CR 11-00624 WHA

# [PROPOSED] ORDER CONTINUING SENTENCING HEARING

This matter having come before me pursuant to stipulation of the parties and good cause appearing therefore,

IT IS SO ORDERED THAT: the sentencing hearing now set for May 29, 2012 is vacated and the matter is set for sentencing on June 7, 2012 at 1:30pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 23, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

3

**Stipulation and [Proposed] Order to Continue Sentencing Hearing to June 7, 2012**
*United States v. Jacob Moynihan*, CR 11-00624 WHA