DEREK ST. PIERRE (SBN 200131)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 441-5711
Fax: (415) 776-8047

Attorney for Defendant
JERRY MAYS

UNITES STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No: CR 11-00624 WHA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO ALLOW TRAVEL** |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY MAYS, | ) | |
| | ) | |
| Defendant. | ) | |

So that Jerry Mays may travel from the Northern District of California to Indianapolis, Indiana; St. Louis, Missouri; Normal, Illinois; and the Dallas/Ft.Worth area of Texas for the purpose of visitation with family members, and upon agreement of the parties and with approval of Pre-Trial Services, IT IS HEREBY ORDERED THAT:

Jerry Mays may travel outside the Northern District of California to Indianapolis, Indiana; St. Louis, Missouri; Normal, Illinois; and the Dallas/Ft.Worth area of Texas for the purpose of visitation with family members. Mr. Mays will depart November 21, 2012 and return 12 days later, on or about December 3, 2012, or as soon as the Court has authorized his travel. Mr. Mays

Def. Mays Stipulation and [Proposed] Order Allowing Travel – CR 11 00624 WHA

will be flying to the Midwest and subsequently driving between locations.  This travel order authorizes him to visit the stated locations and allows him to drive from one to the other.   He will provide pre-trial services with an exact copy of travel itinerary and contact information in advance of any departure.

Date: November 19, 2012          _____/s/_____
DEREK ST. PIERRE
Attorney for JERRY MAYS

Date:   11/19/12          _____/s/_____
WILSON LEUNG
Assistant United States Attorney

**SO ORDERED.**

Date:  November 19, 2012          _Jacqueline S. Corley_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

Def. Mays Stipulation and [Proposed] Order Allowing Travel – CR 11 00624  WHA